IN THE UNITED STATES DISTRICT COURTFOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VOLT POWER, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00395-DCJ-JPM |
| ) | |
| **JAMES ERIC DEVILLE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PRELIMINARY INJUNCTION**

On this day, the Court considered Plaintiff Volt Power, LLC's ("Volt") Application for Preliminary Injunction. Having considered Volt's request for injunctive relief, and the arguments and evidence submitted by the parties, the Court finds that Defendant James Eric Deville's ("Deville") continued unrestrained conduct will cause Volt to suffer irreparable injury. The Court further finds that Volt established that a Preliminary Injunction is necessary to prevent Defendant, and anyone acting in concert with him, from competing unfairly with it.

Accordingly, Volt's request for a preliminary injunction is **GRANTED** without bond, as follows:

  A. James Eric Deville, Deville, and any third party with whom he has shared Volt Power's information (including documents created by referencing Volt Power's information) is hereby enjoined and refrained from any further use or possession of Volt Power's property;

  B. James Eric Deville and any third party with whom he has shared Volt Power's information (including documents created by referencing Volt Power's information) are hereby ordered to return immediately all of Volt Power's property in their actual or constructive control;

  C. James Eric Deville and any third party with whom he has shared Volt Power's information (including documents created by referencing Volt Power's information) are hereby ordered to   provide verifiable forensic evidence that Volt

  Power's property was not disseminated to a third party and, if it was, provide verifiable forensic evidence that the party that received Volt Power's property has returned it to Volt Power and permanently purged any such information from all electronic devices, network accounts, and cloud-based storage accounts;

D. James Eric Deville and any third party with whom he has shared Volt Power's information (including documents created by referencing Volt Power's information) are hereby ordered to permit Volt Power's selected forensic provider to conduct a full forensic inspection of electronic devices (including external storage devices) and network or web-based storage accounts, (e.g. shared drives, email, and cloud-based accounts), most likely to contain evidence of Deville's use/disclosure of Volt Power's property, in order to determine the scope of Deville's use of Volt Power's property and to ensure that all of Volt Power's property is returned;

E. James Eric Deville and any third party with whom he has shared Volt Power's information (including documents created by referencing Volt Power's information) are hereby ordered not to perform any work on behalf of Shelton Energy, or any other competitor of Volt Power, and is further ordered not to solicit any of Volt Power's customers or employees, as a result of their possession and/or use of Volt Power's property; and

F. Granting such other relief as the Court deems just and proper.

This Preliminary Injunction will remain in effect until a full trial on the merits of Volt Power's claims.

**IT IS SO ORDERED**

Signed this ____ day of _____ 2021.

_____
**U.S. DISTRICT COURT JUDGE**