UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**VOLT POWER L L C**                                    **CASE NO. 1:21-CV-00395**

**VERSUS**                                              **JUDGE DAVID C. JOSEPH**

**JAMES ERIC DEVILLE**                                  **MAGISTRATE JUDGE PEREZ-MONTES**

## MINUTES OF COURT:
**Telephone Status Conference**

| Date: | March 18, 2021 | Presiding: | Judge David C. Joseph |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Greta Roaix |
| Statistical Time: | 00:15 | Location: | CHAMBERS |

## APPEARANCES

| Jon Keith Guice & Jon Hays | For | Volt Power L L C, Plaintiff |
| Lottie L. Bash | For | James Eric Deville, Defendant |

## PROCEEDINGS

Telephone Status Conference

**RULINGS/COMMENTS:**

A hearing is set for April 21, 2021 at 9:00 a.m. in Alexandria, Louisiana, 2nd Floor Courtroom on the motion for Preliminary Injunction [ECF no. 1] and [ECF no. 13].

The parties shall file a will call witness list and an exhibit list seven (7) days before the hearing.