# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **VOLT POWER, LLC** | ) | Civil Action No. 1:21-cv-00395 |
| | ) | |
|    Plaintiff, | ) | District Judge David C. Joseph |
| | ) | |
| **VERSUS** | ) | Magistrate Judge Joseph Perez-Montes |
| | ) | |
| **JAMES ERIC DEVILLE** | ) | JURY DEMAND |
| | ) | |
|    Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's ruling (R. Doc. 16), Defendant, James Eric Deville, submits the following list of exhibits for the April 21, 2021 hearing on Plaintiff's Motion for Preliminary Injunction:

| EXHIBIT | BATES RANGE | DESCRIPTION |
|---|---|---|
| 1 | Deville-000007 | December 21, 2020 text messages between Amanda Deville and Derek Staedler |
| 2 | Deville-000008 | December 16, 2020 and January 4, 2021 text messages between Eric Deville and Christine Carling |
| 3 | Deville-000009 | January 4, 2021 text messages between Christine Carling and Eric Deville continued |
| 4 | Deville-000010 | January 22 and 26, 2021 text message between Jessica Fuqua and Eric Deville |
| 5 | Deville-000014 | Complete File List from Eric Deville's Personal Computer |
| 6 | Deville-000015 | Jump List from Eric Deville's Personal Computer |
| 7 | Deville-000016 | LNK List from Eric Deville's Personal Computer |
| 8 | Deville-000017 | Shellbags List from Eric Deville's Personal Computer |
| 9 | Deville-000018 | USB List from Eric Deville's Personal Computer |

DATED: April 14, 2021                    Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:   */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (T.A.) (La. #20645)
jfaircloth@fairclothlaw.com
Lottie L. Bash (La. #26186)
lbash@fairclothlaw.com
Laura Beth Matthews (La. #33862)
lmatthews@fairclothlaw.com
Mary Katherine Price (La. #38576)
kprice@fairclothlaw.com
Christopher Chesne (#38696)
cchesne@fairclothlaw.com
105 Yorktown Drive
Alexandria, LA 71303
Phone: (318) 619-7755
Fax: (318) 619-7744

**ATTORNEYS FOR
JAMES ERIC DEVILLE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing *Defendant's Exhibit List* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 14th day of April, 2021.

     */s/ Jimmy R. Faircloth, Jr.*
           OF COUNSEL