UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| VOLT POWER, LLC | § | Civil Action No. 1:21-cv-00395 |
| | § | |
| Plaintiff, | § | District Judge David C. Joseph |
| | § | |
| v. | § | Magistrate Judge Joseph Perez-Montes |
| | § | |
| JAMES ERIC DEVILLE | § | |
| | § | JURY DEMAND |
| Defendant. | § | |

**VOLT POWER, LLC EXHIBIT LIST**
**PRELIMINARY INJUNCTION HEARING**

| | BEG BATES | END BATES | DATE | DESCRIPTION |
|---|---|---|---|---|
| 1. | VOLT_000001 | VOLT_000001 | | 000093-Oct2019 - Pricesheet |
| 2. | VOLT_000036 | VOLT_000036 | | Oncor Joint Use bid_financials_sfs |
| 3. | VOLT_000070 | VOLT_000088 | | Volt Code of Business Conduct (10152019)(FINAL) 2020 |
| 4. | VOLT_000089 | VOLT_000089 | | Deville CoC Acknowledgment |
| 5. | VOLT_000090 | VOLT_000095 | 2020 | Deville Restrictive Covenants Agreement |
| 6. | VOLT_000096 | VOLT_000096 | 2020-12-13 | Email Deville Resume |
| 7. | VOLT_000097 | VOLT_000097 | 2020-12-13 | Deville Resume |
| 8. | VOLT_000098 | VOLT_000098 | 2020-12-23 | Deville Resignation Email |
| 9. | VOLT_000104 | VOLT_000104 | 2021-01-04 | Quitting Effective Immediately |
| 10. | VOLT_000105 | VOLT_000105 | 2020-12-30 | approved-contractors-for-cleco_dec-30-2020 |
| 11. | Proactive_000001 | Proactive_000001 | | 22407-Timeline-Eric's Personal Folder |
| 12. | Deville_00005 | Deville_00005 | 2021-01-06 | Letter from Volt to Deville re: JRA |
| 13. | Deville_000008 | Deville_000009 | | Text Message string with Christine |
| 14. | Deville_000010 | Deville_000010 | | Text Message string with Jessica Fuqua |

Respectfully submitted,

**HAMMONDS, SILLS, ADKINS & GUICE LLP**

By: */s/ Jon Guice*
   Jon Guice
   State Bar No. 20841
   Linda Ewbank
   State Bar No. 21854
   1881 Hudson Circle

46043044.1

        Monroe, LA 71201
        Telephone:  (318) 324 - 0101
        Facsimile:  (318) 322 - 5375
        jguice@hamsil.com

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/ John T. Hays*
   Scott R. McLaughlin (*pro hac vice forthcoming*)
   State Bar No. 00791234
   John T. Hays (*pro hac vice forthcoming*)
   State Bar. No. 24101885
   1001 Fannin, Suite 3700
   Houston, TX 77002
   Telephone: (713) 470-6100
   Facsimile: (713) 654-1301
   ScottMcLaughlin@eversheds-sutherland.us
   JohnHays@eversheds-sutherland.us

**ATTORNEYS FOR VOLT POWER, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon Defendant's counsel on April 14th, 2021.

        */s/ John Hays*
        John Hays

46043044.1