UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VOLT POWER L L C** | **CASE NO. 1:21-CV-00395** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAMES ERIC DEVILLE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Motion/Evidentiary Hearing**

| | | | |
|---|---|---|---|
| Date: | April 21, 2021 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 2:25 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 04:05 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Jon Keith Guice, John Thomas Hays & Scott Robert McLaughlin | For | Plaintiffs |
| Jimmy R Faircloth Jr, Lottie L. Bash & Mary Katherine Price | For | Defendants |

**PROCEEDINGS**

Motion Hearing (rec. doc. 1)

| | |
|---|---|
| Filings: | Witness List |
| | Exhibit List |

**RULINGS/COMMENTS:**

The Motion for Preliminary Injunction (doc. no. 1) is, **GRANTED IN PART/DENIED IN PART**. A written ruling to follow.